UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| GEORGIA LOYD, | ) Case No.: 2:15-cv-01937-JZB </br>) </br>) </br>) </br>) NOTICE OF SETTLEMENT </br>) </br>) </br>) </br>) </br>) |
| Plaintiff, | |
| vs. | |
| THINDERBIRD COLLECTION SPECIALISTS, INC., | |
| Defendant. | |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.  The Plaintiff requests that the Court clear the calendar in the interim pending full performance on the settlement terms and subsequent filing of the aforementioned dismissal.

Dated this 23th Day of November 2015

Respectfully Submitted,

  s/ Eduardo J. Celaya_____
*Attorney for Plaintiff*
Eduardo J. Celaya
Law Office of Eduardo J. Celaya, PLLC
Biltmore Office Plaza
2942 N. 24th Street, Suite 114
Phoenix, AZ 85016
(P)(602)281-4547
(F)(866)810-6455
(E)celayalaw@gmail.com